**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JEREMY JERETTE SALES, #218394,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cv-50-RAH-CSC** |
| | ) | |
| **PAMELA BUTLER, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation entered March 15, 2024, dismissing this action without prejudice. (Doc. 3.)  The Plaintiff has filed no objections to this Recommendation.  After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

**ORDERED** as follows:

1.  The Recommendation of the Magistrate Judge is ADOPTED;

2.  This case is DISMISSED without prejudice;

3.  No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 25th day of April 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE